[No. 64176-0-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY EFRIM STEEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05055-2, Laura C. Inveen, J., entered September 23, 2009. *Affirmed* by unpublished per curiam opinion.

[Nos. 64359-2-I; 64551-0-I.   Division One.   April 25, 2011.]

*In the Matter of the Personal Restraint of* RANAE NAITOKO, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent*, v. RANAE NAITOKO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-13301-3, Sharon S. Armstrong, J., entered December 16, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 64468-8-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TEODORO VALLEJO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-11592-1, Theresa B. Doyle, J., entered October 19, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Becker, J.

[No. 64511-1-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SHAWN BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-1-00826-1, Laura C. Inveen, J., entered November 20, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ. Now published at 162 Wn. App. 468.